## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>Rene Robert Ruiz,<br><br><br><br>　　　　　　　　　　　Defendant. | Case No. 21CR1643-GPC<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>OCT 1 3 2021<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_　Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_　the Court has dismissed the case for unnecessary delay; or

X　the Court has granted the motion of the Government for dismissal, without prejudice; or

\_　the Court has granted the motion of the defendant for a judgment of acquittal; or
\_　a jury has been waived, and the Court has found the defendant not guilty; or

\_　the jury has returned its verdict, finding the defendant not guilty;

X　of the offense(s) as charged in the Indictment:

　　18:111(a)(1),(b) – Assault on a Federal Officer (Felony)

　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 10/12/2021

　　　　　　　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge